UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

RICHARD JUNGMAN          )
                         )
v.                       )     NO. 3:11-0140
                         )     JUDGE CAMPBELL
CSX TRANSPORTATION, INC. )

ORDER

I hereby recuse myself from this action.

IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　TODD J. CAMPBELL
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE