```
                     UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF TENNESSEE
                           NASHVILLE DIVISION
```

RICHARD JUNGMAN,                )
                                )
       Plaintiff            )
                                )          No. 3:11-0140
v.                              )          Judge Campbell/Brown
                                )
CSX TRANSPORTATION, INC.,       )
                                )
       Defendant            )

## O R D E R

I hereby recuse myself in this matter. The **Clerk** is directed to assign this case to another Magistrate Judge for such activities shall be required at the Magistrate Judge level.

It is so **ORDERED.**

                                /s/ Joe B. Brown
                                JOE B. BROWN
                                United States Magistrate Judge