IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| RICHARD JUNGMAN | ) | |
| | ) | No. 3-11-0140 |
| v. | ) | |
| | ) | |
| CSX TRANSPORTATION, INC. | ) | |

O R D E R

When this case was transferred to this District on February 17, 2011, it was assigned to Chief Judge Campbell and Magistrate Judge Brown. By orders entered March 1, 2011, and March 3, 2011 (Docket Entry Nos. 15 and 16), Chief Judge Campbell and Magistrate Judge Brown recused themselves, and the case was reassigned to Judge Haynes and the undersigned Magistrate Judge.

Inasmuch as Judge Haynes normally conducts his own case management, unless otherwise directed by the Court, there will be no further proceedings before the Magistrate Judge in this case.[1]

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge

---

[1] The Court assumes that the Clerk forwarded the file to Judge Haynes upon Judge Campbell's recusal order.